

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

BGW#: 93070

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

*Baltimore Division*

| | |
|---|---|
| IN RE: | Case No. 09-20553-DWK |
| CRAIG W. BOYKO, SR. | |
|    Debtor | Chapter 7 |
| _____ | |
| CITIMORTGAGE, INC. | |
|    Movant | |
| vs. | |
| CRAIG W. BOYKO, SR. | |
|    Debtor/Respondent | |
| and | |
| MARC H. BAER | |
|    Trustee/Respondent | |

_____

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon review of the Motion for Relief from the Automatic Stay filed herein by CitiMortgage, Inc. ("Movant"), and in the absence of any opposition thereto,

ORDERED that the Automatic Stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to enable Movant and/or its successors and assigns to proceed with a foreclosure action in the Circuit Court for Baltimore City, Maryland, against the property known as 138 N. Glover Street, Baltimore, Baltimore, MD 21224, and to allow the successful purchaser to obtain possession of same; and is further,

ORDERED that in the event a foreclosure sale of the subject property is consummated and surplus proceeds exist as a result of such sale, a copy of the Report of

Sale and all Auditor's reports shall be served on the Bankruptcy Trustee and the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

ORDERED, that the Automatic Stay of 11 U.S.C. § 362 (a) shall not be reimposed as to the Debtor interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:
Bierman, Geesing, Ward & Wood, LLC
4520 East West Highway, Suite 200
Bethesda, MD 20814

Marc H. Baer, Trustee
455 Main Street
Reisterstown, MD  21136

Constance M. Hare
723 South Charles St., Suite LL3
Baltimore, MD  21230

Craig W. Boyko, Sr.
138 N. Glover Street
Baltimore
Baltimore, MD  21224

Craig W. Boyko, Sr.
8414 Gullane Court
Pasadena, MD  21122

**END OF ORDER**