# Notice Recipients

District/Off: 0416−1                User: jjohnson                Date Created: 1/20/2010
Case: 09−20553                      Form ID: pdfparty             Total: 7

**Recipients of Notice of Electronic Filing:**
tr          Marc H. Baer          mbaer@waldmangrossfeld.com
aty         Marc H. Baer          mbaer@waldmangrossfeld.com
aty         Constance M. Hare     cmhare@mehl−green.com
aty         Marc H. Baer          mbaer@waldmangrossfeld.com

                                                                                      TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Craig W. Boyko, Sr.        8414 Gullane Court         Pasadena, MD 21122
cr          CITIMORTGAGE, INC.         c/o Bierman, Geesing &Ward, LLC          4520 East West Highway          Suite 200          Bethesda, MD 20814
            Craig W. Boyko, Sr.        138 N. Glover Street       Baltimore, MD 1224

                                                                                      TOTAL: 3