Entered: February 26, 2012
Signed:  February 26, 2012

**SO ORDERED**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09–20553 – DER    Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig W. Boyko Sr.
*debtor has no known aliases*
8414 Gullane Court
Pasadena, MD 21122

Social Security No.:   xxx–xx–5057

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 6/11/09.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *kgoodwin*

### End of Order